C. J. HUNTER *v.* JOHN LEACH, from Wake.    W. N. Jones for plaintiff; Busbee & Busbee for defendant.    Per Curiam affirmed.

J. R. GRIFFIN *v.* L. D. GULLEY, from Wayne.    Motion of plaintiff to docket and dismiss defendant's appeal, under Rule 17, allowed.    Motion of appellant to reinstate denied October 31st.

PETERSON THORP *v.* W. S. COZART, *et al.,* from Granville. Motion of defendants to docket and dismiss plaintiff's appeal under Rule 17 allowed.

JOHN YOUNG *v.* W. S. COZART, *et al.,* from Granville. Motion of defendants to docket and dismiss plaintiff's appeal under Rule 17 allowed.

DAVIDSON & BAKER *v.* WEST OXFORD LAND Co., from Granville.    Petition of both parties for rehearing denied.

C. H. LAMB, *et al. v.* D. C. McPHAIL, *et al.,* from Sampson.    F. R. Cooper, Shepherd & Shepherd, and Stevens & Beasley for plaintiffs; Allen & Dortch, and J. D. Kerr for defendants.    Petition of defendants to rehear denied.

COMMISSIONERS OF DUPLIN COUNTY *v.* J. G. KENAN, *et al.* Stevens, Beasley & Weeks for plaintiff; A. D. Ward for defendants.    Per Curiam, new trial.

W. A. DUNN *v.* M. R. BEAMAN, *et al.,* from Sampson.    H. G. Connor & Son, and R. O. Burton for plaintiff; Allen & Dortch, J. D. Kerr, and F. R. Cooper for defendants.    Petition of defendants to rehear dismissed.

W. M. LERCH *v.* H. L. FENNELL, from New Hanover. McNeill & Bryan for plaintiff; H. McClammy for defendant.    Per Curiam affirmed.